UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :     **MOTION SCHEDULING**
                                   :     **ORDER**
                                   :
DARIN PETERSON,                    :     7:24-cr-00457-PMH
                                   :
                                   :
                    Defendant.     :
-------------------------------------------------------------x

At today's status conference, the Court set the following briefing schedule for pretrial motions:

1. Defendant's motions, if any, shall be filed by January 15, 2025.

2. The government's opposition shall be filed by February 17, 2025.

3. Defendant's reply, if any, shall be filed by March 3, 2025.

4. Absent prior permission, sur-reply papers will not be accepted.

The Court encourages and appreciates brevity. Absent prior permission, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are limited to 10 pages.

Counsel shall submit a courtesy copy of all motion papers to Chambers.

If an evidentiary hearing is requested, that request must be made by letter to accompany the courtesy copies delivered to Chambers. The letter should indicate whether the government consents to a hearing.

Oral argument is scheduled for March 20, 2025 at 10:00 a.m.

For the reasons stated on the record at today's conference, time is excluded under the Speedy Trial Act in the interest of justice until March 20, 2025.

See transcript.

Dated: White Plains, New York
       October 16, 2024

                                        SO ORDERED:

                                        _____
                                        Philip M. Halpern
                                        United States District Judge