UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| - v. - | : | ORDER |
| | : | |
| DARIN PETERSON, | : | 24 Cr. 457 (PMH) |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

On or about March 10, 2023, defendant DARIN PETERSON was charged by complaint in the Southern District of New York with a violation of Title 18, United States Code, Section 2251(a) (enticement of a minor);

In or about June 2023, the defendant DARIN PETERSON was tried in Rockland County Court on state charges relating to a stabbing in 2021 and was being held in state custody at Rockland County Jail. The defendant was acquitted on one charge but the jury was unable to reach a verdict on several other charges, including assault in the first degree and criminal possession of a weapon in the third degree. No retrial date has been set;

On or about July 27, 2023, this Court issued a writ of habeas corpus ad prosequendum (the "Writ"), ordering that the defendant DARIN PETERSON be transferred from the Rockland County Jail to the Westchester County Jail or other facility designated by the United States Marshals Service ("USMS") to be held in the custody of the United States Marshal; and

On or about July 27, 2023, the USMS provided the Writ to New York Department of Corrections personnel at the Rockland County Jail. Pursuant to the Writ, New York Department of Corrections personnel at the Rockland County Jail attempted to transport DARIN PETERSON

to the Metropolitan Detention Center ("MDC"), the facility designated by the USMS, and DARIN PETERSON refused to leave the cellblock. DARIN PETERSON was subsequently transported to MDC, and is currently housed there;

On or about July 23, 2024, a grand jury returned a true bill charging DARIN PETERSON with a violation of Title 18, United States Code, Section 2251(a) and (e).

On or about October 16, 2024, DARIN PETERSON refused to be transported to Court for a pretrial conference;

A pretrial conference is scheduled for December 19, 2024 at 9:30 a.m. at the United States Federal Courthouse, 300 Quarropas Street, Courtroom 218, White Plains, New York.

IT IS HEREBY ORDERED that, in the event that DARIN PETERSION refuses to comply with a directive designed to effectuate his transport to Court, Bureau of Prisons ("BOP") and other corrections personnel at MDC and/or United States Marshals Service personnel may use such force as is reasonably necessary to effectuate such directive.

Dated: White Plains, New York
      December 17, 2024

_____
Philip M. Halpern
United States District Judge