UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :    **SCHEDULING ORDER**
                                :
DARIN PETERSON,                 :    7-24-cr-00457 - PMH
                                :
            Defendant.          :
-----------------------------------------------------------x

A Status Conference is scheduled for May 5, 2025 at 10:00 a.m. in Courtroom 620 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 620 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       April 28, 2025

_____
Philip M. Halpern
United States District Judge