**U.S. Department of Justice**

> Application granted. The Pretrial Scheduling Order deadlines are modified as set forth below. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 59).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         June 6, 2025

**BY ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Darin Peterson,* **24 Cr. 457 (PMH)**

Dear Judge Halpern:

    The Government respectfully writes, with the consent of the defense, to request a two-week adjournment of certain pretrial deadlines in the above-referenced case, in which trial is scheduled to begin on November 17, 2025, and that the Court adopt the proposed deadlines set forth in the following chart:

| Filings | Scheduling Order Deadline | Proposed Scheduling Order Deadline |
|---|---|---|
| Government's 3500 and Giglio materials | June 6, 2025 | No modification |
| Government's and Defendant's marked exhibits | June 6, 2025 | June 20, 2025 |
| Objections to Government's marked exhibits | June 20, 2025 | July 3, 2025 |
| Defense's expert witness disclosures | No date | July 17, 2025 |
| Parties' witness lists to the Court | June 20, 2025 | No modification |
| Motions *in limine* | June 20, 2025 | July 3, 2025 |
| Opposition to motions *in limine* | June 27, 2025 | July 11, 2025 |
| Proposed *voir dire*, requests to charge with exact citation to authority, and a proposed verdict sheet | June 20, 2025 | No modification |
| Final pretrial conference | October 23, 2024 | No modification |
| Jury selection and trial | November 17, 2025 | No modification |

Page 2

The Government notes that the proposed deadlines would not change the Government's deadline to produce 3500 and *Giglio* material or delay trial, and the additional time provided by the proposed deadlines would facilitate the meet-and-confer process to narrow the issues that need to be presented to the Court in motions *in limine*.

Accordingly, the Government respectfully requests that the Court adopt the Proposed Scheduling Order. The Government has conferred with defense counsel, Messrs. Roth and Mou, who consent to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Kathryn Wheelock
Kathryn Wheelock
Ben Arad
Jeffrey Coffman
Assistant United States Attorneys
Southern District of New York
(212) 637-2415, -6521 / (914) 993-1940

cc: James Roth, Esq.
David Mou, Esq.