

**BY ECF**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application granted. The deadline to file opposition to any motion *in limine* is extended from July 11, 2025 to July 18, 2025. The deadline to file proposed voir dire, requests to charge with exact citation to authority, and a proposed verdict sheet is extended from June 20, 2025 to July 30, 2025. The other deadlines set forth in the Pretrial Scheduling Order remain (Doc. 60). The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 61).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         June 18, 2025

Re:  United States v. Darin Peterson, 24 Cr. 457 (PMH)

Dear Judge Halpern:

    I along with James Roth represent defendant Darin Peterson. The defense respectfully writes to request, with the consent of the government, to an adjournment of the opposition to motions in limine date from July 11, 2025 to July 18, 2025, to accommodate the government's schedule; and the proposed voir dire, requests to charge, and proposed verdict sheet date from June 20, 2025 to July 30, 2025, to allow the parties to take into account the pending disclosures and motions, if any.

    The proposed dates were proposed and agreed upon by both the defense and the government. We appreciate the Court's consideration of our request.

                                              Respectfully submitted,

                                              /s/

                                              David Mou and James Roth
                                              Attorneys for Darin Peterson

cc: All counsel of record, by ECF