WILLIAM J. STAMPUR
JAMES ROTH

Application granted. The October 23, 2025 final pretrial conference is rescheduled to October 20, 2025 at 2:30 p.m. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 74).

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        August 15, 2025

August 14, 2025

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**Re: *United States v. Darin Peterson* 24 Cr. 457 (PMH)**

Dear Judge Halpern:

    We represent Darin Peterson in the above-captioned case. I write with the consent of the government to request that October 23, 2025, date of the final pretrial conference in this matter, be rescheduled due to an out-of-state conflict. The parties are available on October 20, 21, or 22nd. If these dates are not available, I request permission to confer with your courtroom deputy to find an alternative date.

    Thank you very much for your consideration.

                                    Respectfully submitted,
                                    /s/_____
                                    James Roth, Esq.
                                    Stampur & Roth
                                    2 Overhill Rd.
                                    Scarsdale, NY 10583