UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    -v.-

DARIN PETERSON,

        Defendant.
_____

ORDER

24 Cr. 457 (PMH)

    Upon the application of James Roth, attorney for Darin Peterson:

    IT IS HEREBY ORDERED, that the defendant Darin Peterson (USMS No. 48396-510), be permitted to receive non-prison clothing to wear for his trial scheduled to begin on November 17, 2025. He is permitted to have up to 2 pairs of pants, 4 shirts, 4 sweaters, 4 pairs of socks, 2 ties, 2 belts, and 1 pair of shoes to wear to Court.

Dated: White Plains, New York
       October 22, 2025

_____
HONORABLE PHILIP M. HALPERN
United States District Judge