UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

UNITED STATES OF AMERICA,

    -v.-

DARIN PETERSON,

        Defendant.
───────────────────────────────────

ORDER

24 Cr. 457 (PMH)

On December 19, 2024, the Court entered a Pretrial Scheduling Order which provided, *inter alia*, that counsel provide to the Court, not exchange, witness lists by June 20, 2025. (Doc. 55). On June 6, 2025, at the parties' request, the Court modified certain deadlines set forth in the Pretrial Scheduling Order. (Doc. 60). The deadline for the parties' to submit witness lists remained June 20, 2025; the deadline for the Government and Defendant to submit marked exhibits was extended to June 20, 2025. (*Id.*). Although other deadlines were subsequently extended, the deadline to submit witness lists and marked exhibits was June 20, 2025.

On August 11, 2025, defense sent an email to Chambers that included a cover letter identifying the defense exhibits, and attempting to email copies of the exhibits to the Court. However, the exhibits are inaccessible as sent.

Accordingly, by October 24, 2025, defense shall submit to the Court his witness list (which includes a brief description and purpose of each witness to be offered); and three sets of their proposed exhibits.

Dated: White Plains, New York
       October 22, 2025

_____
PHILIP M. HALPERN
United States District Judge