UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

DARIN PETERSON,

              Defendant.
-----------------------------------------------------------x

**ORDER**

7-24-cr-00457 PMH

    A Final Pretrial Conference is scheduled for November 3, 2025 at 11:30 a.m. in Courtroom 520 of the White Plains Courthouse.

    IT IS HEREBY ORDERED that, in the event that DARIN PETERSON refuses to comply with a directive designed to effectuate his transport to White Plains Federal Court in the above-referenced matter, Bureau of Prisons personnel and/or U.S. Marshals Service personnel may use such force as is reasonably necessary to effectuate such directive.

**SO ORDERED:**

Dated:    White Plains, New York
            November 3, 2025

_____
Philip M. Halpern, U.S.D.J