**WALL-WOLFF LLC**
20 VESEY STREET, SUITE 400
NEW YORK, N.Y. 10007
_____

TEL. (212) 920-0257
mwallwolff@wall-wolff.com

---

November 10, 2025

**VIA ECF**

The Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Application granted. Defendant shall file reply, if any, before 5:00 p.m. today, November 10, 2025.
>
> A conference has been scheduled for November 12, 2025 at 4:00 p.m. to be held in Courtroom 520 of the White Plains courthouse.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         November 10, 2025

    **Re:** *United States v. Darin Peterson*, 24 Cr. 457 (PMH)

Dear Judge Halpern:

    Pursuant to the Court's order of November 3, 2025, defense counsel advises the Court that we request to file a reply to the government's forthcoming submission on November 10, 2025. Although we have not yet had an opportunity to review the government's letter, based on our discussions with the government we can currently advise that a reply will be necessary.

                                                  Respectfully submitted,

                                                  /s/ _____
                                                  Megan Wall-Wolff
                                                  James Roth, Esq.

                                                  *Attorneys for Darin Peterson*

cc:     All counsel of record