UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                                           :
v.                                                         :           **ORDER**
                                                           :
DARIN PETERSON,                              :           7-24-cr-00457 PMH
                                                           :
              Defendant.                         :
-----------------------------------------------------------x

A conference is scheduled for November 12, 2025 at 11:30 a.m. in Courtroom 520 of the White Plains Courthouse.

IT IS HEREBY ORDERED that, in the event that DARIN PETERSON refuses to comply with a directive designed to effectuate his transport to White Plains Federal Court in the above-referenced matter, Bureau of Prisons personnel and/or U.S. Marshals Service personnel may use such force as is reasonably necessary to effectuate such directive.

**SO ORDERED:**

Dated:     White Plains, New York
                November 12, 2025

_____
Philip M. Halpern, U.S.D.J