UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :
v.                                          :        **ORDER**
                                            :
DARIN PETERSON,                             :        7-24-cr-00457 PMH
                                            :
            Defendant.                      :
-----------------------------------------------------------x

     A trial is scheduled to commence on November 17, 2025 at 9:00 a.m. in Courtroom 520 of the White Plains Courthouse.

     IT IS HEREBY ORDERED that, in the event that DARIN PETERSON refuses to comply with a directive designed to effectuate his transport to the White Plains Federal Court for trial in the above-referenced matter, Bureau of Prisons personnel and/or U.S. Marshals Service personnel may use such force as is reasonably necessary to effectuate such directive.

**SO ORDERED:**

Dated:  White Plains, New York
        November 13, 2025

                                                                   _____
                                                                    Philip M. Halpern, U.S.D.J