

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA     :

                :          S2 24 CR 457-001 (PMH)

    - v. -

                :              ORDER

Darin Peterson


           Defendant

                :

------------------------------------------------------x

It is hereby ORDERED that Dr. Shoshanna Must and/or her associates with Empire State Forensics, be allowed entrance into the Essex County Correctional Facility Newark, NJ, in order to conduct a psychosexual evaluation of the above defendant; that they be permitted to enter with two laptops that will be used to administer the necessary tests; and that, under the supervision of Dr. Shoshanna Must and/or their associates, the above defendant be permitted to utilize the laptops to complete the necessary tests. The evaluation is authorized pursuant to 18 U.S.C. §3552(c).


      SO ORDERED,


      Dated: White Plains, New York
      December ▾▾, 2025


                                      _____
                            Honorable Philip M. Halpern
                            U.S. District Judge