UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

DARIN PETERSON,

Defendant.
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:24-cr-457 (PMH)

The Sentencing Hearing scheduled for April 30, 2026 is re-scheduled to June 11, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

Defendant's sentencing submission is due by May 21, 2026 and the Government's sentencing submission is due by May 28, 2026.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
December 23, 2025

Philip M. Halpern
United States District Judge