UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

S2 24 CR 457-001(PMH)

- against -

ORDER

Darin Peterson,

Defendant

------------------------------------------------------x

It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, in the amount of $6,000, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: White Plains, New York
August 5 , 2026

Honorable Philip M. Halpern
U.S. District Judge

# Superbill

Empire State Forensics
Evaluation, Treatment, and Consultation Services

Date : 23 March 2026
Invoice No. : 10149
For Questions Call : 9143412039

**npire State Forensics LCSW, P.C.**

Darin Peterson

Empire State Forensics LCSW, P.C
280 North Central Avenue
Suite 40
Hartsdale NY 10530

Previous Balance: $0.00

| ite | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| /23/2026 | Psychosexual Evaluation and Report | 09 | 1 | $6,000.00 |

Total Charges: $6,000.00

Diagnostic Code(s):

Total Paid: -
Invoice Amount Due: $6,000.00
**Balance Due: $6,000.00**

**Billing Provider:** Name: Empire State Forensics LCSW, P.C.
NPI #: 1689147423
Tax Id: 82-2916796

**Client:** Name: Darin Petersor

**Rendering Provider:** Clinician Shoshanna Must, PhD
NPI #: 1295885275

**otnote:**